UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24405-CIV-KING

TAL HILSON,

    Plaintiff,
vs.

KAMPU INC., a Florida corporation,
d/b/a SIAM RIVER THAI CUISINE,

    Defendant.
_____/

**JOINT MOTION TO DISMISS CASE WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, TAL HILSON, and KAMPU INC., a Florida corporation, d/b/a SIAM RIVER THAI CUISINE, by and through their respective counsel, hereby move this Honorable Court for an Order granting the dismissal with prejudice of this case with the Court retaining jurisdiction for enforcement purposes of the settlement agreement and in support thereof alleges as follows:

**FACTS**

1. The parties have entered into a binding confidential Settlement Agreement which requires certain actions to be taken post-dismissal of the case.

2. There is no need for the case to be pending during this time period as it is the partiesø belief the parties will comply with same subsequent hereto.

3. Except as otherwise agreed in the settlement agreement, each party is to bear their own attorney's fees and costs.

1

## MEMORANDUM OF LAW

Rule 41 of the Federal Rules of Civil Procedure allows for the Court to dismiss the case and retain jurisdiction for enforcement purposes. In re Anago Franchising v. Shaz, LLC, 677 Fed. 3rd 1272.

WHEREFORE, the parties hereto request this Court enter the attached Order allowing for the dismissal of the case with prejudice and the Court retaining jurisdiction of same.

DATED this 31 day of March, 2015.

Respectfully submitted,

MARK D. COHEN, P.A.
Attorney for Plaintiff
Presidential Circle, Ste. 435 So.
4000 Hollywood Blvd.
Hollywood, Florida 33021
Telephone: (954) 962-1166
Fla. Bar No. 347345
/s/ *Mark D. Cohen*
MARK D. COHEN, ESQ.

ROTHMAN & TOBIN, PA
Attorneys for Defendant
11900 Biscayne Blvd. Ste 740
North Miami, FL 33181
T: 305-895-3225
Fla. Bar No.: 0117031
/s/ *Paula Levy*
PAULA LEVY, ESQ.
.