UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24405-CIV-KING

TAL HILSON,

    Plaintiff,

v.

KAMPU, INC., a Florida corporation,
d/b/a SIAM RIVER THAI CUISINE,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion to Dismiss Case with Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure (D.E. #16) filed March 31, 2015, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **February 5, 2016** and the **Trial** previously set for **April 4, 2016** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 31st day of March, 2015.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record